UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BENEFICIAL BLENDS, LLC,

    Plaintiff,

v.

                        CASE NO. 8:24-cv-01535-SDM-AAS

CARGILL, INC.,

    Defendant.
_____/

**ORDER**

    After an order (Doc. 36) dismissed the original complaint (Doc. 1), Beneficial Blends, LLC, files an amended complaint (Doc. 37) against Cargill, Inc., and re-asserts claims (counts I, II, III, and VI) for breach of contract, fraud, and breach of the implied covenant of good faith and fair dealing, and asserts two new claims (counts IV and V) for reformation and promissory estoppel. Cargill moves (Doc. 40) to dismiss the amended complaint for failure to state a claim. Beneficial Blends responds (Doc. 41) in opposition.

    The amended complaint, although more detailed than the original, fails to cure any deficiency identified in the dismissal order. For the same reasons stated in that order, counts I, II, III, and VI fail to state a claim.

    The two new counts fail as well. Reformation based on unilateral mistake is unavailable because the amended complaint establishes no minimum quantity obligation that was mistakenly omitted from the written contract. A party cannot

retroactively insert a purchase requirement that the agreement, for whatever reason, declined to adopt.

The promissory estoppel claim similarly fails. Because the toll agreement governs the entirety of the transaction and because the alleged promise conflicts with the contractual terms, promissory estoppel cannot impose obligations beyond those contained in the contract.

Cargill's motion (Doc. 40) to dismiss is GRANTED. Because any further opportunity to amend appears futile, the amended complaint (Doc. 37) is DISMISSED WITH PREJUDICE. The clerk must close the case.

ORDERED in Tampa, Florida, on December 18, 2025.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE